# SCHEDULE L

## SCHEDULE L

## DEFENDANTS' OBJECTIONS TO SEC'S PROPOSED JURY INSTRUCTION

Defendants object that the SEC's instructions do not sufficiently apprise the jury of the relevant securities laws.