IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SIMING YANG, et al.,  )<br>)<br>Defendants.  )<br>) | Case No. 12-cv-02473<br><br>Hon. Matthew F. Kennelly |

ORDER

The Court, having considered Plaintiff Securities and Exchange Commission's (the "SEC's") Motion for Turnover of Frozen Assets, HEREBY ORDERS THAT:

1. The SEC's Motion (Dkt. #324) is GRANTED.

2. Within seven (7) days of entry of this Order, Prestige Trade Investments, Ltd. ("Prestige") and its account custodian, Interactive Brokers, shall direct payment of $150,000 in Prestige's account at Interactive Brokers (Acct. #U****951) to Plaintiff SEC in satisfaction of this Court's Final Judgment against Defendant Siming Yang. (Dkt. #304.)

3. Prestige and Interactive Brokers, shall complete the $150,000 transfer to the SEC in one of three ways. Payment can be:

(a) transmitted electronically to the SEC, with the SEC providing ACH transfer/Fedwire instructions upon request;

(b) made directly via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.; or

(c) made by certified check, or bank cashier's check payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>Enterprise Services Center
>Accounts Receivable Branch
>HQ Bldg., Room 181, AMZ-341
>6500   South MacArthur Boulevard
>Oklahoma City, OK 73169

4. If payment is made by check, payment shall be accompanied by a letter (a) identifying the case title, civil action number, and name of this Court; (b) identifying Siming Yang as a defendant in this action; and (c) specifying that payment is made pursuant to the Final Judgment in this case. Payment will subsequently be deposited by the SEC with the U.S. Treasury.

5. Within 24 hours of completion of payment, counsel for Prestige shall transmit confirmation of the transfer to counsel for the SEC.

6. The Court's asset freeze order of June 5, 2014 as to Prestige (Dkt. #309) is hereby modified for the sole purpose of allowing the transfer of $150,000 to the SEC. No other transfers or withdrawals may be made until payment to the SEC is complete. Upon confirmation of the required $150,000 payment to the SEC, Prestige may move the Court to dissolve the asset freeze and release any excess funds remaining in its Interactive Brokers account.

IT IS SO ORDERED

DATED:   December 3, 2014

_____
Matthew F. Kennelly
UNITED STATES DISTRICT JUDGE